**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Trustee

Daniel E. Straffi

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| Eagle Roadways, Inc. | ) |
| | ) |
| Debtor. | ) Chapter 7 Proceeding |
| | ) Case No. 21-10174/KCF |
| | ) |
| Daniel E. Straffi, Trustee | ) Adv. Pro. No. 23-01008/KCF |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE OF SUMMONS** |
| Harjinder Singh Saini | ) **AND COMPLAINT** |
| | ) |
| | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Daniel E. Straffi, Esq. hereby certifies as follows:

1. The Summons, Complaint and Notice of Pretrial in the within matter were served on defendant, Harjinder Singh Saini on January 10, 2023 by regular mail, postage prepaid. Copy of the letter are annexed as Exhibit "A".

2. I certify that the foregoing statement(s) made by me are true. I am aware that if any of the foregoing statement(s) made by me are willfully false, I am subject to punishment.

Dated: 1/10/23

DANIEL E. STRAFFI, ESQ.
Attorney for Plaintiff

# STRAFFI & STRAFFI
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| DANIEL E. STRAFFI, ESQ.<br>bktrustee@straffilaw.com | 670 COMMONS WAY<br>TOMS RIVER, NJ 08755<br>T: (732) 341-3800<br>F: (732) 341-3548<br>www.straffilaw.com<br>infodocuments@straffilaw.com | DANIEL E. STRAFFI, JR, ESQ.*<br>familyclient@straffilaw.com<br>bkclient@straffilaw.com<br><br>* R. 1:40 Qualified Mediator |

January 10, 2023

Harjinder Singh Saini
7429 Durham Ave
North Bergen, NJ 07047

       Re: Eagle Roadways, Inc.
          Case No: 21-10174/KCF
          Straffi v. Harjinder Singh Saini
          Adv. No: 23-01008/KCF

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

(1) Summons and Notice of Pretrial Conference;
(2) Pretrial Instructions;
(3) Complaint;
(4) Mediation Order; and
(5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **March 7, 2023** at **2:15** p.m.

Please mark your calendar accordingly.

              Very truly yours,

              Daniel E. Straffi

DES:jmr
Enclosures

EXHIBIT A