**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Trustee

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| Eagle Roadways, Inc. | |
| Debtor. | Chapter 7 proceeding<br>Case No. 21-10174/KCF |
| Daniel E. Straffi, Trustee | Adv. Pro. No. 23-01008/KCF |
| Plaintiff(s), | |
| v. | |
| Harjinder Singh Saini | |
| | **REQUEST TO ENTER DEFAULT** |
| Defendant(s). | |

***To the Clerk of the above named Court***

Please enter on the docket the default of the following defendant(s):

(1) Harjinder Singh Saini

in the above entitled action for failure to plead or otherwise defend as provided by the rules of Bankruptcy Practice or by an Order of this Court, or because the answer of defendant(s) has been stricken.

Dated: 2/7/23

Daniel E. Straffi
Attorney for Plaintiff

## CERTIFICATION

1. I, Daniel E. Straffi, am the Attorney(s) for Plaintiff(s) in the above entitled action.

2. The summons and a copy of the Complaint in this action were served upon the defendant(s):

    (2)    Harjinder Singh Saini

as set forth in the Proof(s) of Mailing heretofore filed with the Court.

3. The time within which defendant(s) may answer or otherwise move as to the said complaint has expired, has not been extended or enlarged, and none of the above named defendant(s) have answered or otherwise moved with respect to said complaint.

4. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 2/7/23

Daniel E. Straffi, Esq.