Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Eagle Roadways, Inc.
Debtor

Case No.: 21−10174−KCF
Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Harjinder Singh Saini
Defendant

Adv. Proc. No. 23−01008−KCF                            Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on February 7, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 6 − 5
Entry of Default against Harjinder Singh Saini (related document:5 Request to Enter Default filed by Plaintiff Daniel E. Straffi, Trustee) The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2023
JAN: ghm

Jeanne Naughton
Clerk