Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Eagle Roadways, Inc.
Debtor

Case No.: 21−10174−KCF
Chapter 7

Daniel E. Straffi, Trustee
Plaintiff

v.

Harjinder Singh Saini
Defendant

Adv. Proc. No. 23−01008−KCF                    Judge: Kathryn C. Ferguson

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 7, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 6 − 5
Entry of Default against Harjinder Singh Saini (related document:5 Request to Enter Default filed by Plaintiff Daniel E. Straffi, Trustee) The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2023
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Daniel E. Straffi, Trustee,
    Plaintiff

Adv. Proc. No. 23-01008-KCF

Saini,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Harjinder Singh Saini, 7429 Durham Ave., North Bergen, NJ 07047-4017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Plaintiff Daniel E. Straffi  Trustee bktrustee@straffilaw.com, G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |

TOTAL: 1